McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683                                    **OK/HAV**
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARNAS & RABE CONSTRUCTION, INC., <br><br> Petitioner, <br><br> v. <br><br> COMMISSIONER OF INTERNAL REVENUE, <br><br> Respondent. | Case No. CIV-S-04-0536 DFL KJM <br><br> **STIPULATION, REQUEST FOR ORDER, and (proposed) ORDER AMENDING SCHEDULING ORDER** |

Plaintiff Garnas & Rabe Construction, Inc., and defendant, the United States of America, improperly named as the Commissioner of Internal Revenue, by undersigned counsel, hereby request an order extending the dates set forth in the Scheduling Order filed September 9, 2004. This extension is requested because the parties are engaged in settlement discussions. Furthermore, there appears at this time to be no disputes between the parties as to the material facts in this case, so that if an agreement cannot be obtained, a dispositive motion is likely to resolve this matter.

The parties request an order as follows:

    Dispositive Motion filing deadline: August 26, 2005;

    Hearing date for dispositive motions: October 5, 2005 at 10:00 a.m.;

1 | Joint pretrial statement to be filed by:   November 23, 2005;
2 | Pretrial Conference:   December 2 , 2005 at 2:00 p.m.;
3 | Court Trial (est. 2–3 days):   January 23, 2006 at 9:00 a.m.

All other provisions of the September 9, 2004, Scheduling Order remain in effect.

The parties agree and request an order in accordance with the foregoing.

      McGREGOR W. SCOTT
      United States Attorney

Dated:   May 4, 2005   /s/ G. Patrick Jennings
      G. Patrick Jennings
      Trial Attorney, Tax Division
      U.S. Department of Justice
      P.O. Box 683
      Ben Franklin Station
      Washington, D.C. 20044
      Telephone:  (202) 307-6648

Dated:   May 4, 2005   /s/ Spencer T. Malysiak (authorized on May 4, 2005)
      SPENCER T. MALYSIAK,
      SPENCER T. MALYSIAK LAW CORPORATION
      1180 Iron Point Road, Suite 145B
      Folsom, CA 95630

      Attorneys for Petitioner Garnas & Rabe Constr., Inc.

**IT IS SO ORDERED**.

Dated: 7/6/ 2005   /s/ David F. Levi
      DAVID F. LEVI
      U.S. District Court Judge