**Spencer T. Malysiak**
State Bar #084654
**SPENCER T. MALYSIAK LAW CORPORATION**
1180 Iron Point Road, Suite 145B
Folsom, CA 95630
Telephone (916) 985-4400
Facsimile (916) 985-0100

Attorney for Petitioner

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARNAS & RABE CONSTRUCTION, INC., doing business as JB Construction,<br><br>Petitioner,<br><br>vs.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>Respondent. | Case No. CIV-S-04-0536 DFL KJM<br><br>**STIPULATION AND REQUEST FOR ORDER DISMISSING CASE WITH PREJUDICE, AND [PROPOSED] ORDER THEREON** |

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the parties hereby request an Order dismissing the complaint with prejudice. The parties are to bear their respective costs, including any possible attorneys fees or other expenses of this litigation.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1

The parties, through their counsel, so stipulate and request an order dismissing the case.

Dated:  June 30, 2005          Respectfully Submitted:

                                            s/SPENCER T. MALYSAK
                                            SPENCER T. MALYSIAK, attorney for
                                            GARNAS & RABE CONSTRUCTION, INC.
                                             Petitioner
                                            1180 Iron Point Road, Suite 145B
                                            Folsom, CA 95630
                                            (916) 985-4400

Dated:  June 30, 2005          MCGREGOR W. SCOTT
                                            United States Attorney Client Privilege

                                             s/G. PATRICK JENNINGS
                                            G. PATRICK JENNINGS
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            Post Office Box 683
                                            Ben Franklin Station
                                            Washington, D.C.  20044

## ORDER

**IT IS HEREBY ORDERED THAT** the Complaint filed March 17, 2004 in the above-captioned case is dismissed with prejudice upon the stipulation of the parties.  The parties are to bear their respective costs, including possible attorneys fees or other expenses of this litigation.

Dated:  7/7/2005

                                             /s/ David F. Levi
                                            DAVID F. LEVI
                                            United States District Judge